THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LENZ; NANCY LENZ; DAVID P. MAROSI; CHERYL A. FORD-MAROSI; THE MAROSI LIVING TRUST,<br><br>Defendants. | No.: 2:22-cv-00442-RSM<br><br>STIPULATED MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>NOTED ON THE MOTION CALENDAR: June 3, 2022 |

  Plaintiff Safeco Insurance Company of America ("Safeco") and Defendants William and Nancy Lenz (the "Lenzes") (together, the "Parties") hereby stipulate and respectfully request that the Court enter an order continuing the deadline to file the Joint Status Report and Discovery Plan by one week, to June 10, 2022. Defendants David P. Marosi, Cheryl A. Ford-Marosi, and The Marosi Living Trust have not yet appeared in this action. Pursuant to this Court's April 22, 2022 Order Regarding Initial Disclosures, Joint Status Report, and Discovery Plan (Dkt. 7), Safeco and the Lenzes held a Rule 26(f) conference on May 20, 2022 and exchanged initial disclosures on May 27, 2022. The Order also set a deadline of June 3, 2022 for the Parties to submit a Joint Status Report and Discovery Plan. Safeco and the Lenzes continue to work through the details of thar Report and need additional time to reach agreement

STIPULATED MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT AND DISCOVERY PLAN
NO.: 2:22-CV-00442

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

regarding various items. The proposed extension will not affect any other deadlines in this action. Accordingly, Safeco and the Lenzes submit that good cause exists to extend the deadline by an additional week, to June 10, 2022.

IT IS SO ORDERED.

DATED this 6th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC


By /s/ Jared F. Kiess
   Michael A. Guadagno WSBA #34633
   Email: michael.guadagno@bullivant.com
   Jared F. Kiess, WSBA #54532
   Email: jared.kiess@bullivant.com

*Attorneys for Plaintiff Safeco Insurance Company of America*


FOREMAN STURM & THEDE LLP


By /s/ Linda L. Foreman
   Linda L Foreman WSBA #11817
   Email: linda@foremansturm.com

*Attorneys for Lenz*

4870-1295-2611.1

STIPULATED MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT AND DISCOVERY PLAN
NO.: 2:22-CV-00442

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Linda L. Foreman<br>FOREMAN STURM & THEDE LLP<br>5825 60th St SE<br>Snohomish, WA 98290-5104<br>linda@foremansturm.com | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via email<br>☒ CM/ECF E-service |

*Attorneys for Defendants William Lenz and Nancy Lenz*

Dated:  June 6, 2022.

/s/ Kristin Anderson
Kristin Anderson, Legal Assistant

STIPULATED MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT AND DISCOVERY PLAN
NO.: 2:22-CV-00442

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930